IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARCIA MARSHALL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS and MID-CENTURY INSURANCE COMPANY,<br><br>　　　　　Defendants. | CV 19-82-BLG-SPW-TJC<br><br>**ORDER** |

Defendant Safeco Insurance Company of Illinois moves for the admission of Casie D. Collignon to practice before this Court in this case with Paul N. Tranel to act as local counsel. Ms. Collignon's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Safeco's motion to admit Casie D. Collignon pro hac vice is GRANTED on the condition that Ms. Collignon shall do her own work. This means that Ms. Collignon must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Collignon, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 7th day of August, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge