IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
9/6/2019

Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| MARCIA MARSHALL,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINIOS, and MID-CENTURY INSURANCE COMPANY,<br><br>Defendant. | CV 19-82-BLG-SPW-TJC<br><br>**ORDER GRANTING EXTENSION OF TIME** |

Defendant Safeco Insurance Company of Illinois has filed an Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion to Remand. (Doc. 24.) Good cause appearing, IT IS HEREBY ORDERED the motion is GRANTED. Safeco shall file its response to Plaintiff's Motion to Remand by September 30, 2019.

DATED this 6th day of September, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge