IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
9/23/2019
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| MARCIA MARSHALL,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS and MID-CENTURY INSURANCE COMPANY,<br><br>Defendants. | CV 19-82-BLG-SPW-TJC<br><br>**ORDER** |

Defendant Mid-Century Insurance Company ("Mid-Century") moves for the admission of Brian I. Hays to practice before this Court in this case with Nick Pagnotta to act as local counsel. Mr. Hays' application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Mid-Centuery's motion to admit Brian I. Hays pro hac vice is GRANTED on the condition that Mr. Hays shall do his own work. This means that Mr. Hays must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Hays, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 23rd day of September, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge